CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Iris Preddie

           Plaintiff

v.                                     Civil Action No. _____

Winn Residential
           Defendant
et. al.

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Park Roads Apartments, LP__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__, which have any outstanding securities in the hands of the public. _____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

454615
Bar Identification Number

Marshall W. Taylor
Print Name

1420 New York Avenue, NW, Ste 810
Address

Washington    DC    20005
City         State    Zip

(202) 783-7830
Telephone Number